IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0272
 ((((((((((((((((

 In Re Albert G. Hill, III And Erin Hill, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate original proceeding pending finalization of
global settlement, filed on October 21, 2010, is granted, and this case is
ABATED.
 2. This case is removed from the Court's active docket until
further order of this Court. The parties shall immediately notify this
Court of any changes in status in the settlement proceedings. The parties
shall file either a status report or a motion to dismiss by January 27,
2011.

 Done at the City of Austin, this 29th day of October, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk